UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JONATHAN BELFORT, | Case No. 3:26-cv-00008-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| ELIZABETH WEBB BEYER, | |
| Defendant. | |

Pro se Plaintiff Jonathan Belfort filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP")) and a complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending this action be dismissed without leave to amend and recommending denying Plaintiff's IFP application as moot. (ECF No. 4.) Plaintiff had until January 29, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing this action without leave to amend because Plaintiff appears to ask the Court to review an administrative hearing he participated in and the Court lacks jurisdiction to review actions taken by Washoe County agencies, and because Plaintiff's Complaint is so incomprehensible the Court cannot identify the factual or legal basis for his claims. (ECF No. 4 at 3-4.)  The Court agrees with Judge Baldwin that this action should be dismissed without leave to amend because amendment would be futile.

It is therefore ordered that Judge Baldwin's R&R (ECF No. 4) is accepted and adopted in full.

The Clerk of Court is directed to file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without leave to amend.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2